UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.:  18-16809
Sylwester Chojnacki, )
 )    Chapter:  13
 )    Honorable Janet S. Baer
 )    Kane
Debtor(s) )

**Order Granting the Motion of U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, to Modify Automatic Stay**

This matter coming to be heard on the Motion of U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, for Relief from Stay regarding the property located at 1411 QUINCY BRIDGE CT., BARTLETT, IL 60103,

IT IS HEREBY ORDERED THAT:

1. The motion is granted as set forth herein.

2. The automatic stay is modified so as to permit U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, to pursue its non-bankruptcy remedies with respect to the property located at 1411 QUINCY BRIDGE CT, BARTLETT, IL 60103.

3. Fed. R. Bankr. P. 4001(a)(3) is waived and this Order is effective immediately.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 03, 2022

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com